IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KRISTINA R. DEHN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:24-CV-00800-NJR

## ORDER AWARDING FEES

**ROSENSTENGEL, Chief Judge:**

    Pending before the Court is a Joint Motion for Attorney Fees and Expenses under the Equal Access to Justice Act ("EAJA"). (Doc. 29). The parties request that **$8,700.00** be awarded in attorney's fees and expenses in full satisfaction of Plaintiff's claims in this matter. (*Id.*). The Court finds that the requested award is appropriate under the EAJA, 28 U.S.C. § 2412(d)(1)(B) and **GRANTS** the Joint Motion.

    Plaintiff is awarded **$8,700.00** for attorney's fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the EAJA, 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the Government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney, **Traci Severs**, pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it

shall be mailed to counsel's address of record: **Traci L. Severs, LLC, P.O. Box 621, Manchester, MO 63021.**

       IT IS SO ORDERED.

       DATED:  January 17, 2025

                                              **NANCY J. ROSENSTENGEL**
                                              **Chief U.S. District Judge**